# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  JOSEPH ALAN SHEPARD
       PAULA DAWN SHEPARD

                                    Case No.:  12-61396-abf-13

       **Debtors**

## TRUSTEE'S OBJECTION TO CLAIM 7 OF CAPITAL RECOVERY GROUP LLC

COMES now Richard V. Fink, Chapter 13 Trustee, and hereby objects to Proof of Claim 7 filed by creditor CAPITAL RECOVERY GROUP LLC on October 29, 2012.

PURSUANT TO LOCAL RULE 3007-1(C), THE CLAIMANT SHALL HAVE 30 DAYS AFTER SERVICE OF THE OBJECTION IN WHICH TO FILE A RESPONSE WITH THE COURT. THE RESPONSE SHALL BE IN WRITING AND STATE WHY THE CLAIM SHOULD BE ALLOWED AS FILED. IF A RESPONSE IS FILED, THE COURT WILL SCHEDULE A HEARING. IF NO TIMELY RESPONSE IS FILED, THE COURT WILL ENTER AN ORDER SUSTAINING THE OBJECTION TO THE CLAIM.

The basis for the objection is as follows:

1. Proof of claim 7 was filed as a non-priority unsecured claim in the amount of $6,925.14.

2. The claim does not appear to be a scheduled claim.

3. The proof of claim does not include supporting information showing that the debtor(s) owe this debt as required under Federal Rule of Bankruptcy Procedure 3001.

4. Based on the foregoing, the trustee requests that the claim be disallowed in its entirety.

November 06, 2012

                                      Respectfully submitted,

                                      /s/ Richard V. Fink, Trustee
                                      Richard V. Fink, Trustee
                                      818 Grand Blvd., Ste. 800
                                      Kansas City, Mo. 64106-1901

NOTICE OF SERVICE

Appropriate parties will be served by the Chapter 13 Trustee's office either electronically or by mail.

DEBTOR(S)
GROCE & DEARMON PC (413) - ATTORNEY FOR DEBTOR(S)
CAPITAL RECOVERY GROUP LLC (397835)

TD   /Objection To Claim - Unscheduled Unsecured No Supporting Docs