UNITED STATES BANKRUPTCY COURT
Division: Western Missouri - Springfield

In re Joseph Shepard,                                    Case No. 12-61396

**NOTICE OF WITHDRAWAL OF CLAIM**

Notice is hereby given that Creditor, INSOLVE RECOVERY, LLC hereby withdraws its Proof of Claim.

Court Claim #:  7
Amount of Claim: $6,925.14
Date Claim Filed:  10/29/2012

Last Four Digits of Acct #: 0422

.

By: /s/ Nichlas P. Spallas _____            Date: 11/20/2012
   Capital Recovery Group, LLC
   (520) 615-4114, ext. 206
   Agent of Creditor